# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER  11CR3654 LAB |
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. 27913298 |
| Jose Aguilar | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _4/29/2015 @ 9AM_
the Court entered the following order:

__X__ Defendant be released from custody. on 4/29/2015 @ 9AM

_____ Defendant placed on supervised / unsupervised probation / supervised release.

__X__ Defendant continued on supervised / unsupervised probation / **supervised release**.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. Dft to be released on 4/29/15 @ 9am to Graciela Aguilar (mother) for transportation to New Creations

LARRY A. BURNS
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____ JOHN MORRILL, Clerk
DUSM            by _____
                  Deputy Clerk

T. WEISBECK

Crim-9   (Rev. 8-11)                        ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY